THIS OPINION HAS
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Eric Bernard
 Epps, Petitioner,
 v.
 State of South
 Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal from Florence County
 Michael Nettles, Post-Conviction Relief
 Judge
Memorandum Opinion No. 2010-MO-005
Submitted February 4, 2010  Filed March
 1, 2010   
DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Appellate
 Defender LaNelle C. DuRant, of South Carolina Commission on Indigent Defense, of
 Columbia, for Petitioner.
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Julie
 M. Thames, all of Columbia, for Respondents.
 
 
 

PER CURIAM:  After careful consideration of the
 Appendix and briefs, the writ of certiorari is
DISMISSED AS IMPROVIDENTLY GRANTED.

TOAL, C.J.,
 PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.